CLERK'S OFFICE U.S. DIST. COURT
AT ABINGDON, VA
FILED

APR - 1 2010

JOHN F. CORCORAN, CLERK
BY: /s/
   DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ABINGDON DIVISION

UNITED STATES OF AMERICA,

v.  Case No. 1:08CR00024-14

REGINALD DARWIN MORTON

### ORDER TO FILE EXHIBIT UNDER SEAL

On the 1st day of April, 2010, the defendant, Reginald Darwin Morton, by counsel, filed a Motion to retrieve the Presentence Investigation Report filed under seal with the Clerk of this Court. For good cause show, this motion is hereby granted and the Clerk of this Court is ORDERED to release the Presentence Investigation Report to counsel for the defendant.

_____
United States Judge

4/1/10
Date

I ASK FOR THIS:

/s/ Helen E. Phillips
Helen E. Phillips
VSB No. 29708
McGlothlin and Phillips, PLLC
P.O. Box 580
Lebanon, Virginia 24266
276-889-0095
276-889-0097(fax)
hepaal@earthlink.net
Counsel for the Defendant