IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ABINGDON DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | Case No. 1:08CR00024-014 |
| v. ) | **ORDER** |
| ) | |
| **REGINALD DARWIN MORTON,** ) | By: James P. Jones |
| ) | United States District Judge |
| Defendant. ) | |

The court of appeals has remanded this case for the resentencing of the defendant. *United States v. Morton*, No. 09-4810 (4th Cir. Aug. 18, 2011), *mandate issued* (Sept. 9, 2011). Accordingly, it is **ORDERED** as follows:

1. The Clerk will schedule a date for resentencing, with the defendant present;

2. Helen E. Phillips, Attorney, is reappointed to represent the defendant in the resentencing;

3. The Probation Office will prepare and submit to the court and to the parties a supplement to the presentence investigation report, taking into account the ruling by the court of appeals; and

4. The Clerk will send copies of this Order to counsel and to A. Sumer Taylor-Sargent, USPO.

-2-

      ENTER:   September 12, 2011


      /s/  James P. Jones
      United States District Judge